**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

IN RE:                    :            CASE NO. 07-33002

**ROGER A. BOWERSOCK**        :            CHAPTER 7

                          :            JUDGE: WALTER

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of **$25.25** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 USC § 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Northland Group, Inc., PO Box 390846, Edina, MN 55439. | 2 | $ 25.25 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| | |

**$25.25**

**Dated:   04-14-10**              **/s/ Roger E. Luring**
                                **Roger E. Luring, Case Trustee
                                314 West Main Street
                                Troy, OH 45373
                                (937) 339-2627
                                #0010834**